```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
GERALYN A. GULSETH
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY J. EDWARDS,<br><br>　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of Social Security,<br><br>　　Defendant. | CASE NO. **2:05-CV-00222-PAN (JFM)**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

　　It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND AND 00/100 DOLLARS ($5,000.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

　　Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without

prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

DATED: August 23, 2006                    /s/ Bess M. Brewer
                                                               BESS M. BREWER
                                                               Attorney at Law

                                                               Attorney for Plaintiff


DATED: August 23, 2006                    McGREGOR W. SCOTT
                                                               United States Attorney
                                                               BOBBIE J. MONTOYA
                                                               Assistant U.S. Attorney

                                                               By: /s/ Bobbie J. Montoya
                                                               GERALYN GULSETH
                                                               Special Assistant U.S. Attorney

                                                               Attorneys for Defendant

OF COUNSEL
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U.S. Social Security Administration

<u>ORDER</u>

Counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $5,000.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED.

DATED:  August 28, 2006.

UNITED STATES MAGISTRATE JUDGE

Edwards.stipord.eajafees.ss

EDWARDS v. Barnhart
EAJA Stip & Order
2:05-cv-00222-PAN (JFM)           **3**